IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:10 CV 209

George Hirapetian,     )
     )
     Plaintiff,  )
     )      **MOTION FOR LEAVE**
     v.     )      **TO AMEND COMPLAINT**
     )
CITY OF CHARLOTTE, )
_____)

     Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, George

Hirapetian ("Plaintiff"), by and through his counsel, respectfully requests that the Court

allow Plaintiff to amend his Complaint filed on April 30, 2010, for the reasons set forth

below:

1.  Due to an administrative error, the Defendant's name is improperly shown on the

    original Complaint.  Defendant's legal name should be shown as the City of

    Charlotte, vice City of Charlotte Department of Transportation.

2.  Defendant consent to this request and will not be prejudice as a result of this

    amendment.

3.  Plaintiff believes an amendment to the original Complaint is in the interest of

    justice and allows for the proper resolution of all claims.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff to amend his

Complaint.  See Exhibit 1 (Amended Complaint) attached herein.


This 18th day November 2010

Respectfully submitted,

/s/Lena Watts-Robinson
Lena Watts-Robinson, Esq.
North Carolina State Bar #35845
7701 Sharon Lakes Road,
Suit Y
Charlotte, NC 28210
(o) 704-552-0888
(f)  704-552-0936
(e) lawofficeoflena@bellsouth.net

Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I, hereby certify that as of this date, I electronically filed the foregoing motion

with the Clerk of Court using the CM/ECF system which will send notification of this

filing to opposing counsel R. Harcourt Fulton.


/s/Lena Watts-Robinson
Lena Watts-Robinson
WATTS-ROBINSON, ESQ., P.A.
North Carolina State Bar #35845
7701 Sharon Lakes Road,
Suit Y
Charlotte, NC 28210
(o) 704-552-0888
(f)  704-552-0936
(e) lawofficeoflena@bellsouth.net

Attorney for Plaintiff