| | | |
|---|---|---|
| **GEORGE HIRAPETIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NOTICE** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* concerning the trial date in this matter. The Court hereby continues this trial from its July 5, 2011, setting to September 12, 2011, to begin with docket call at 10:00 A.M. in Courtroom #3 of the Charles R. Jonas Federal Building.

The Clerk is respectfully DIRECTED to send a copy of this notice to Plaintiff, who appears *pro se*, at his address of record (15968 Cumnor Lane, Charlotte, NC 28277) and to counsel for Defendant.

**IT IS SO ORDERED.**

Signed: June 14, 2011

Graham C. Mullen
United States District Judge