# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George Hirapetian,

    Plaintiff,                                            JUDGMENT IN A CIVIL CASE

vs.                                                           3:10-cv-209

City of Charlotte,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2011 Order.

                                              Signed: July 21, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court